

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Lyle D. Huddlestun, Jr.

No. 06-15-00224-CR

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-14-25176). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the order of the court below. We affirm the trial court's order denying Huddlestun's application for writ of habeas corpus.

We further order that the appellant, Lyle D. Huddlestun, Jr., pay all costs of this appeal.

RENDERED NOVEMBER 4, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk